1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org

6  Attorneys for Mr. Garcia-Torres

9                    UNITED STATES DISTRICT COURT

10                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         )   Case No. 08MJ0938
                                      )
13          Plaintiff,                )
                                      )
14  v.                                )
                                      )   **NOTICE OF APPEARANCE**
15  **ANDRES GARCIA-TORRES,**         )
                                      )
16          Defendant.                )
                                      )

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
19  Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
20  in the above-captioned case.

21                                        Respectfully submitted,

23  Dated: April 1, 2008                  *s/ Bridget Kennedy*
                                          Federal Defenders of San Diego, Inc.
24                                        Attorneys for Mr. Garcia-Torres
                                          *bridget_kennedy@fd.org*

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 1, 2008    */s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
bridget_kennedy@fd.org